UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY M. PERUN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:21-CV-01459 JAR |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This case is before the Court on the Commissioner's Motion to Reverse and Remand the case to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). (Doc. 8).

On December 14, 2021, Plaintiff filed a Complaint seeking review of the Commissioner's decision that he was not under a disability within the meaning of the Social Security Act. (Doc. 1). The Commissioner filed the transcript of the administrative proceedings on March 21, 2022. (Doc. 7). On April 4, 2022, the Commissioner filed the instant motion to reverse and remand the case to the Commissioner for further action under sentence four of § 205(g) of the Social Security Act, which permits the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The Commissioner represents in her motion that upon review of the record, agency counsel determined that remand was necessary for further evaluation of Plaintiff's claim. The Commissioner states that "[o]n remand, the Commissioner will further evaluate the medical opinions and prior administrative medical findings in the record and issue a new decision." (Doc. 8 at 1). Plaintiff has no objection to the Commissioner's motion to

reverse and remand. (Doc. 9). Upon review of the Complaint, the Administrative Law Judge's decision, and the Commissioner's motion, the Court agrees that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner's Motion to Reverse and Remand (Doc. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REVERSED AND REMANDED** under sentence four of 42 U.S.C. § 405(g) for reconsideration and further proceedings consistent with this opinion. A separate Judgement will accompany this Order.

Dated this 5th day of April, 2022.

*(signature)*
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**